# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 22, 2011

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

142363 & (63)
142364

MERCANTILE BANK OF MICHIGAN,
      Plaintiff Counter
      Defendant-Appellee,

v

DOYLE GROUP ATTORNEYS, P.C.,
and T. MICHAEL DOYLE,
      Defendants Counter
      Plaintiffs-Appellants.

_____

MERCANTILE BANK MORTGAGE
COMPANY, L.L.C.,
      Plaintiff Counter
      Defendant-Appellee,

v

T. MICHAEL DOYLE,
      Defendant Counter
      Plaintiff-Appellant,

and

JOHN E. GRIGGS,
      Defendant.

_____

SC:   142363
CoA:  293260
Kent CC: 08-010636-CK

SC:   142364
CoA:  294146
Kent CC: 08-010976-CK

On order of the Chief Justice, a stipulation signed by the attorneys for the parties agreeing to the dismissal of this application for leave to appeal is considered and, IT IS HEREBY ORDERED that the application for leave to appeal is DISMISSED with prejudice and without costs.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 22, 2011

_____
Clerk